## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH J. GRECO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **NGIA, INC.** and | : | |
| **SHARLOTTE LEE CROXFORD** | : | **NO. 20-191** |

## ORDER

**NOW**, this 1st day of April, 2021, upon consideration of the Motion for Partial Summary Judgment (Doc. No. 31), the plaintiff's response and the defendants' reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendants NGIA, Inc. and Sharlotte Lee Croxford and against the plaintiff Joseph J. Greco on Count II of the Amended Complaint.

/s/ TIMOTHY J. SAVAGE J.